1

DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

2

3

4

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@msn.com

5

6

Attorney for plaintiff

7

8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

9

10

RONALD A. MEDINA, JR.,                    )  Case No.: EDCV 1:08-CV-01738 GSA
                                          )
11                 Plaintiff,             )  ORDER DISMISSING CASE WITH
         vs.                              )  PREJUDICE
12                                        )
MICHAEL J. ASTRUE,                        )
13 COMMISSIONER SOCIAL                     )
SECURITY,                                 )
14                                        )
                   Defendant              )
15                                        )
_____)

16

        Based upon the parties' Stipulation to Dismissal With Prejudice

17 ("Stipulation"),

18         **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

19 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

20 prejudice. Each party shall bear his/her own costs and expenses, including but not

21 limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

22 DATED:    July 2, 2009

23

24                     /s/ Gary S. Austin
                 UNITED STATES MAGISTRATE JUDGE
25

26

-1-